**Order entered November 29, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00854-CR

**JOSE LUIS RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-58717-R**

## ORDER

Before the Court is appellant's November 27, 2017 second motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before December 27, 2017. If appellant's brief is not filed by December 27, 2017, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

.

/s/     LANA MYERS
           JUSTICE